UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ALINA AISENBERG, on behalf of herself and
others similarly situated,
                                Plaintiffs,

          -v-

CO COLLECTIVE LLC, ROSEMARIE RYAN,
TY MONTAGUE, NEIL PARKER, TIFFANY
ROLFE, and SCOTT MITCHELL,
                                Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/12/18

17 CIVIL 8203 (KBF)

## JUDGMENT

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated July 12, 2018, the proposed settlement is approved. Counsel for plaintiff is to receive $10,400 of the settlement amount as attorney's fees and costs. Plaintiff shall receive the remainder; accordingly, the case is closed.

**Dated:** New York, New York
          July 12, 2018

                                                  RUBY J. KRAJICK
                                                  **Clerk of Court**
                             BY:
                                                   **Deputy Clerk**